# U.S. District Court

## Nevada None - Las Vegas

Receipt Date: Aug 24, 2023 12:29PM

John Junior Ard

Rcpt. No: 200005394             Trans. Date: Aug 24, 2023 12:29PM             Cashier ID: #JC

| CD  | Purpose                      | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|------------------------------|----------------------|-----|--------|--------|
| 200 | Civil Filing Fee- Non-Prisoner |                      | 1   | 402.00 | 402.00 |

| CD  | Tender       | Amt     |
|-----|--------------|---------|
| CC  | Credit Card  | $402.00 |

Total Due Prior to Payment: $402.00

Total Tendered: $402.00

Total Cash Received: $0.00

Cash Change Amount: $0.00

**Comments**: 2:23-cv-01315-JAD-DJA

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

## CONSENT FOR ELECTRONIC SERVICE OF DOCUMENTS

FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD
AUG 24 2023
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

I, __John Junior Ard__, am representing myself and
(Print Full Name)
consent to receive electronic notices of filings and/or delivery of documents by email.

I am providing my email address for the purpose of sending me electronic notice of any Order or other filing in my case with a link to the filed document. I understand that hard (paper) copies of orders will no longer be sent to me by the Court.

I understand that if my email or mailing address changes, it is my responsibility to notify the Court in writing of my new email or mailing address.

I understand that email filters (SPAM filters) may interfere with my receipt of email notifications and I will ensure that my email will not filter out messages from **cmecf@nvd.uscourts.gov**.

I have already registered *or* will immediately register for a PACER account (Public Access to Court Electronic Records).

I understand that consenting to service by email does not authorize me to file my documents electronically. I may request the court's authorization to register as an electronic filer by filing a separate written motion request (LR IC 2-1(b)).

Date: __8-24-2023__                          __[signature]__
                                              Signature

Email Address (Please print legibly):
__magsrt82006@yahoo.com__

Confirm Email Address:
__magsrt82006@yahoo.com__

Mailing Address:
__3708 Alderwood Dr, N. Las Vegas NV 89030__

Telephone Number:
__7024015119__

Case Number(s):
__2:23-cv-01315-JAD-DJA__

## LLOYD D GEORGE US COURTHOUSE
## CLARK COUNTY, NEVADA



FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 2 4 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| | |
|---|---|
| John Junior Ard<br>Plaintiff<br>3708 Alderwood Dr<br>North Las Vegas, NV 89032<br>v.<br><br>CASEY NELSON<br>BRANDON JOSEPH TROUT<br>IAN SCHULLER<br>Defendant's | ) In a petition for Removal from the Eighth<br>) Judicial District Court, Clark County, Nevada<br>)<br>)<br>)<br>)<br>) STATE COURT CAUSE NO.A-23-865954-C<br>)<br>)  2:23-cv-01315-JAD-DJA<br>)<br>)<br>)<br>)<br>)<br>)<br>) Honorable Bluth Jacqueline M., Judge |

## Notice Of Removal To United States District Court

Comes now the Plaintiff, John Junior Ard, and notifies the parties and the Court that this cause has been removed to the jurisdiction of the United States, by stating the following:

1. There have been, and continue to be, violations against the civil and constitutional rights of this/these undersigned Plaintiff in this cause, and which have not been duly protected.

2. Accordingly, and commensurate with certain issues within these state proceedings also giving independent rise to federal subject-matter jurisdiction, this cause has now been removed to the Lloyd D George US Courthouse, Clark County, Nevada.

3. As the Court and all parties can clearly confirm, the attached Notice regarding Petition For Removal that was filed in said federal court on August 21,2023 The parties and this Court are hereby given formal **notice** that the combination of filings made under both this cause now ehrewith, as well as within the aforementioned federal court, *automatically* **divests** this Court of

1

**any and all** further authority and jurisdiction over these proceedings – **bar none** (*see* 28 USC § 1446 (d)) – and, *therefore*, there will be **NO** more hearings, orders, or *any* other proceedings held, made, or done within this state cause until, and unless, further notice or order is first made by the Federal judge of said United States District Court.

Respectfully submitted,

_____
John Junior Ard

CERTIFICATE OF SERVICE

I hereby certify that, on this 24th day of August,, a true and complete copy of the foregoing notice of removal, has been filed with clerk and by depositing the same in the United States mail, postage prepaid, has been duly served upon all parties of record in these proceedings.

_____
John Junior Ard

2