# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| John Junior Ard,<br><br>    Plaintiff<br>v.<br><br>Casey Nelson, et al.,<br><br>    Defendants | Case No.: 2:23-cv-01315-JAD-DJA<br><br>**Order to Show Cause Why This Case Should Not Be Remanded Back to State Court** |

Pro se plaintiff John Junior Ard filed this case in Nevada's Eighth Judicial District Court for Clark County, Nevada, but then removed it to this court, purportedly based on federal-question jurisdiction.[1]  But only a defendant can remove a case from state court to federal court because the federal statute that creates the removal right, 28 U.S.C. § 1443, allows only defendants in state-court actions to remove cases to federal court.[2]  Thus, it appears that this case was improperly removed to this court because Ard lacked the right to do so.

IT IS THEREFORE ORDERED that **Ard must show cause in writing by September 27, 2023, why this case should not be remanded as improperly removed by a plaintiff in a state-court action.**  If he fails to do so, this case will be remanded back to state court, case number A-23-865954-C, without further prior notice.

_____
U.S. District Judge Jennifer A. Dorsey
September 13, 2023

---

[1] ECF No. 3.

[2] *See ASAP Copy & Print v. Canon Bus. Sols., Inc.*, 643 F. App'x 650, 652 (9th Cir. 2016) ("We affirm the district court's order remanding the plaintiffs' case back to state court.  28 U.S.C. § 1443, like other federal removal statutes, permits removal only by defendants in state court actions.").